**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In   Debtor(s)
Re:  **Alpha Main, LLC**

Case No.: **26–50749–bem**
Chapter: **7**

# ORDER REGARDING UNPAID FILING FEES

The Debtor(s) filed a voluntary petition on January 17, 2026. The amount needed to pay the filing fee in full is **$338.00.** Accordingly,

**IT IS ORDERED** that by January 27, 2026, the Debtor(s) shall

   pay the fee in full, the balance due being $338.00

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**For payments made by hand delivery to a divisional office in Atlanta, Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check.**

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online–payments

If, by the date(s) set forth above, i) the filing fee is not paid in accordance with this Order; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party of interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.

The Clerk will serve this Order on Debtor, Debtor's Counsel, and Trustee.

**SO ORDERED,** on January 20, 2026.

Form 436 Order Regarding Unpaid Filing Fees
Revised January 2022

Barbara Ellis–Monro
United States Bankruptcy Judge