UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 26-50749-BEM |
| | : | |
| ALPHA MAIN, LLC, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**TRUSTEE'S NOTICE TO CLERK NOT TO DISMISS CASE**

The undersigned Chapter 7 Trustee ("**Trustee**") is investigating assets that may result in a meaningful distribution to unsecured creditors in this case. Trustee respectfully requests that this case NOT BE DISMISSED due to the Debtor's failure to pay the filing fee and/or filing deficiencies so that Trustee can administer the assets for the benefit of unsecured creditors.

Respectfully submitted this 2nd day of February, 2026.

*/s/ S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060